UNITED STATES DISTRICT COURT

PAULA J. KARAS                                                          Docket #

   Plaintiff

VS.

CENTRAL INTELLIGENCE AGENCY

   Defendant

Complaint

   Now comes the plaintiff pro se in the above captioned matter and hereby asserts to this United States District Court that the defendants violated the plaintiffs United States 14th Amendment Rights under the United States Constitution to injunctive relief as a long time documented victim in the United States. The injunctive relief sought in this said case is a motion to proceed under Informa Pauperis and a motion for trial.

                                                            Signed under the Pains and
                                                            Penalties of Perjury this
                                                            ____ day of Nov 2, 2011
                                                            /s/ Paula J. Karas

I Paula J. Karas do solemnly swear that I served a copy of this complaint by via-certified mail on Nov 2, 2011 to the defendants the Central intelligence Agency. Located in Washington, DC 20505.

UNITED STATES DISTRICT COURT

PAULA J. KARAS                                                      Docket #

    Plaintiff

VS.

CENTRAL INTELLIGENCE AGENCY

    Defendant

Affidavit of facts

   Now comes the plaintiff Paula J. Karas and hereby attests that the facts contained herein in this said case are true and accurate to the best of the plaintiff's knowledge. I Paula J. Karas who has been the victim of longtime various crimes to me has sought for injunctive relief through the channels and assistance of the plaintiff's Massachusetts and Florida United States Congress and further through the channels and assistance of the Massachusetts, Rhode Island and Florida United States Senate. The defendants the Central Intelligence Agency have failed to intervene and bring the plaintiff Ms. Paula J. Karas and the plaintiff has been denied this deserved injunctive relief. In turn this lack of injunctive relief not given to the plaintiff under the United States Constitution has violated the plaintiff's Paula J. Karas United States 14th Amendment Rights under the United States Constitution. The Federal Bureau of Investigation has also denied the plaintiff injunctive relief when petitioned for this injunctive relief further also in turn violating the plaintiff's Ms. Paula J. Karas United States 14th Amendment Rights under the United States Constitution. The plaintiff Ms. Paula J. Karas was compelled to have to turn to the Central Intelligence Agency for injunctive relief which was also petitioned by various United States Congress and by various United States Senates for the victim as the Federal Bureau of Investigation of Massachusetts, Rhode Island and Florida would not bring the plaintiff Ms. Paula J. Karas injunctive relief under the United States Constitution as a documented said victim in the United States.

                                              Signed under the Pains and
                                              Penalties of Perjury this
                                              day of Nov 2, 2011.

                                              *Paula J. Karas* (signature)